Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−10153−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nora Flanagan
   59 Station Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−9775

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: April 30, 2020
JAN: gan

                                                    Jeanne Naughton
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 15-10153-MBK
Nora Flanagan                                                        Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2        Date Rcvd: Apr 30, 2020
                              Form ID: cscnodsc          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Nora Flanagan,    59 Station Road,    Bayville, NJ 08721-2120
aty            +Phelan, Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls,   South Dakota, SD  57117-6030
cr             +Specialized Loan Servicing, LLC,    PO Box 636007,   Littleton, CO 80163-6007
515469982       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515260583       Citi Mortgage, Inc.,    PO Box 6243,    Sioux Falls, SD  57117-6243
515260582      +Citi Mortgage, Inc.,    C/O Phelan, Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,
                 Mr. Laurel, NJ 08054-3437
515422105      #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515425334       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
515260584       Discover,   PO Box 15125,    Wilmington, DE  19850
516540076       Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516540077      +Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154,    Ditech Financial LLC fka Green Tree Serv,
                 LLC 57709-6154
515260586      +John McGowan,    131 Veder Lane,    Bayville, NJ 08721-1403
517142333      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517142334      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515260589       State Of New Jersey Division Of Taxation,    Bankruptcy Section,   PO Box 245,
                 Trenton, NJ  08695-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515268067       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 23:26:46
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
515613430       E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 30 2020 23:20:51     Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,   Warwick RI 02886
515288325       E-mail/Text: mrdiscen@discover.com Apr 30 2020 23:20:55     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
515260585      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 30 2020 23:21:13     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
515260581       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 23:25:31     Chase,
                 Cardmember Services,    PO Box 15153,   Wilmington, DE  19886-5153
515260587      +E-mail/Text: bncnotices@becket-lee.com Apr 30 2020 23:21:02     Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
515260588      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2020 23:21:27     Mandee's,    PO Box 659584,
                 San Antonio, TX 78265-9584
515366815       E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2020 23:21:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
515452136       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:25:27     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515260590      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 23:21:42     T Mobile,   C/O Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
515260591       E-mail/Text: bankruptcy@td.com Apr 30 2020 23:21:46     TD Bank,   PO Box 84037,
                 Columbus, GA  31908
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516869296*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 30, 2020
                              Form ID: cscnodsc        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Nora   Flanagan erothesq@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing, LLC dnj@pbslaw.org
                                                                                           TOTAL: 8
```