UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nora Flanagan

Debtor

| | |
|---|---|
| Case No.: | 15-10153-MBK |
| Hearing Date: | July 28, 2020 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: July 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Eugene D. Roth_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days to allow for the filing of a Motion under Section 522(f).

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*