**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

**Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nora Flanagan

Debtor

| | |
|---|---|
| Case No.: | 15-10153-MBK |
| Hearing Date: | July 28, 2020 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: July 29, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ Eugene D. Roth _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days to allow for the filing of a Motion under Section 522(f).

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Nora Flanagan  
    Debtor

Case No. 15-10153-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Jul 30, 2020 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
db        +Nora Flanagan,   59 Station Road,   Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:

        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo   docs@russotrustee.com  
        Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew L. Spivack   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eugene D. Roth   on behalf of Debtor Nora   Flanagan erothesq@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   Specialized Loan Servicing, LLC rsolarz@kmllawgroup.com  
        Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicing, LLC dnj@pbslaw.org  
                                          TOTAL: 8